No. 82–599. COMMISSIONER OF INTERNAL REVENUE v. ENGLE ET UX. C. A. 7th Cir.; and
No. 82–774. FARMAR ET AL. v. UNITED STATES. C. A. Fed. Cir. [Certiorari granted, 459 U. S. 1102.] Motion of

respondents in No. 82–599 and petitioners in No. 82–774 for divided argument granted.